IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20048-Ma

EWELL COOPER HAYNES

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's October 11, 2005, motion to reset the sentencing of Ewell Cooper Haynes, which is presently set for October 21, 2005. For good cause shown, the motion is granted. The sentencing of defendant Ewell Cooper Haynes is **reset to Wednesday, December 21, 2005, at 9:00 a.m.**

It is so ORDERED this ____ day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-20-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CR-20048 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Paul Conley
FLIPPIN & ATKINS, P.C.
P.O. Box 160
Humbolt, TN 38343--016

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT