IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 21 PM 1: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TENNESSEE

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20048-Ma

EWELL COOPER HAYNES,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the government's December 20, 2005,
motion to reset the sentencing of Ewell Cooper Haynes, which is
presently set for December 21, 2005.  For good cause shown, the
motion is granted.  The sentencing of defendant Ewell Cooper
Haynes is **reset to Friday, March 31, 2006, at 2:00 p.m.**

It is so ORDERED this ___ day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___12-22-05___

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:05-CR-20048 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Paul B. Conley
FLIPPIN & ATKINS, P.C.
P.O. Box 160
Humbolt, TN 38343--016

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lowe Finney
Hardee & Martin
213 East Lafayette Street
Jackson, TN 38301

Honorable Samuel Mays
US DISTRICT COURT